Sargent & Company, appellant, v. Maryland Building Corporation et al., appellees. Gen. No. 34,632.

649

 Opinion
filed April 15, 1931.
John H. Roser, for appellant. Hyman Soboroff, for appellees.
Mr. Justice Hebel delivered the opinion of the court.